PROB 12C
(7/93)

Report Date: January 24, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 24 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco Martinez        Case Number: 2:08CR02133-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 5/6/2009

Original Offense:        Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 30 Months; TSR - 36        Type of Supervision: Supervised Release
                         Months

Asst. U.S. Attorney:     Thomas J. Hanlon       Date Supervision Commenced: 7/29/2011

Defense Attorney:        Diane E. Hehir         Date Supervision Expires: 7/28/2014

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 17, 2012.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Francisco Martinez was arrested on December 31, 2011, for attempting to elude, Toppenish Police Department case number 11P5818. |
| | According to an incident report from the Toppenish Police Department, on December 31, 2011, officers attempted to stop a vehicle after it had committed several traffic violations. During the pursuit, which reached speeds up to 100 miles per hour, the suspect vehicle turned its lights off, and ran through numerous stop signs, and red lights. After a lengthy pursuit, the suspect vehicle stopped at a mobile court where the driver was taken into custody and identified as Francisco Martinez. |
| | Officers subsequently located a handgun which was loaded with hollow point ammunition just outside the suspect vehicle and a magazine with the same type of ammunition on the defendant's person. It should be noted that the suspect vehicle contained three other occupants, a female who was sitting in the front passenger's seat, and two young children who were in the back seat and were not wearing seat belts. |

Prob12C
Re: Martinez, Francisco
January 24, 2012
Page 2

On January 3, 2012, the defendant appeared in Yakima County Superior Court (case number 12-1-00006-4) for an initial appearance and bail was set at $150,000. His next hearing is scheduled for February 16, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 24, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Edward F. Shea
Signature of Judicial Officer

January 24, 2012
Date